# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   DAVID DEAN JR　　　　　　　　§　　Case No.: 08-32401
　　　　 TIFFANY A CONLEY DEAN 　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　 Debtor(s)　　　　　　　　　§

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/26/2008.

2) This case was confirmed on 04/08/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/29/2009.

5) The case was converted on 12/21/2009.

6) Number of months from filing to the last payment: 13

7) Number of months case was pending: 16

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    20,300.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 5,018.79 |
| Less amount refunded to debtor | $ | 22.91 |
| **NET RECEIPTS** | $ | 4,995.88 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 335.21 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 2,835.21 |
| Attorney fees paid and disclosed by debtor | $ | 1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC CONSUMER FINANCE | SECURED | 8,783.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL AUTO C | SECURED | 24,025.00 | 26,285.17 | 24,025.00 | 1,507.44 | 601.21 |
| CITIFINANCIAL AUTO C | UNSECURED | 2,664.00 | .00 | 2,260.17 | .00 | .00 |
| HSBC MORTGAGE SVCS | OTHER | NA | NA | NA | .00 | .00 |
| CITIMORTGAGE INC | SECURED | 78,000.00 | 125,064.95 | .00 | .00 | .00 |
| CITIMORTGAGE INC | UNSECURED | 54,731.00 | NA | NA | .00 | .00 |
| CITIMORTGAGE INC | SECURED | NA | 9,836.15 | 8,746.15 | .00 | .00 |
| HOUSEHOLD MORTGAGE S | SECURED | 78,000.00 | .00 | .00 | .00 | .00 |
| HOUSEHOLD MORTGAGE S | UNSECURED | 32,755.00 | NA | NA | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED | 5,225.00 | 958.62 | 958.62 | 52.02 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | 4,775.00 | NA | NA | .00 | .00 |
| NATIONWIDE ACCEPTANC | SECURED | 1,000.00 | .00 | .00 | .00 | .00 |
| NATIONWIDE ACCEPTANC | UNSECURED | 1,682.00 | NA | NA | .00 | .00 |
| CINGULAR | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 3,888.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 10,825.00 | 11,393.54 | 11,393.54 | .00 | .00 |
| CITI FINANCIAL MORTG | UNSECURED | 17,669.00 | NA | NA | .00 | .00 |
| CREDIT COLLECTION SE | UNSECURED | 72.53 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 6,794.00 | 6,960.97 | 6,960.97 | .00 | .00 |
| CR EVERGREEN | UNSECURED | 788.00 | 934.45 | 934.45 | .00 | .00 |
| AMERICAN INTERCONTIN | UNSECURED | 574.00 | NA | NA | .00 | .00 |
| HFC | UNSECURED | 10,825.00 | NA | NA | .00 | .00 |
| HFC | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HOUSEHOLD RETAIL SER | UNSECURED | 6,794.79 | NA | NA | .00 | .00 |
| HSBC TAXPAYER FINANC | UNSECURED | .00 | NA | NA | .00 | .00 |
| VYRIDIAN REVENUE MAN | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 15,141.00 | 15,141.23 | 15,141.23 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 138.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 113.00 | 114.76 | 114.76 | .00 | .00 |
| PRIME ACCEPTANCE | UNSECURED | .00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| SPRINT CORPORATION | UNSECURED | 1,800.00 | NA | NA | .00 | .00 |
| TRS RECOVERY SVC | UNSECURED | 515.21 | NA | NA | .00 | .00 |
| DIVERSIFIED EMERGENC | UNSECURED | 248.00 | NA | NA | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFINANCE | UNSECURED | .00 | NA | NA | .00 | .00 |
| LANE BRYANT | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFNNB/EXPRESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| LERNERS | UNSECURED | .00 | NA | NA | .00 | .00 |
| VALUE CITY DEPARTMEN | UNSECURED | 326.00 | NA | NA | .00 | .00 |
| ACC CONSUMER FINANCE | UNSECURED | NA | 8,783.10 | 8,783.10 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 8,746.15 | .00 | .00 |
| Debt Secured by Vehicle | 24,983.62 | 1,559.46 | 601.21 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 33,729.77 | 1,559.46 | 601.21 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 45,588.22 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,835.21 |
| Disbursements to Creditors | $ | 2,160.67 |
| **TOTAL DISBURSEMENTS:** | $ | 4,995.88 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   03/25/2010                       /s/ Tom Vaughn
                                          Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**